IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 10-cv-02791-MSK-CBS

JOYCE M. MORRIS; and
BENJAMIN J. MORRIS,

        Plaintiffs,

v.

JAMES DIMON, individually and in his official capacity as CEO of JPMorgan Chase;
JOHN VELLA, and/or his successor, individually and in his official capacity as President/CEO of EMC Mortgage Corp;
DAVID B. LOWMAN and/or his successor, individually and in his official capacity as CEO of Home Lending, JPMorgan Chase;
ADAM GOSSARD and/or his successor, individually and in his official capacity as Payoff Reinstatement Analyst;
ROBERT ARONOWITZ, individually and in his official capacity as Foreclosure Attorney for JPMorgan Chase and/or the Subsidiary, EMC Mortgage Corp,

        Defendants.

## ORDER REGARDING CUSTODY OF EXHIBITS AND DEPOSITIONS USED IN EVIDENTIARY HEARINGS AND TRIALS

IT IS ORDERED that, as to any exhibits and depositions used during evidentiary hearings or trials, counsel for the parties shall retrieve the originals of such exhibits and depositions from the Court following the evidentiary hearing or trial, and shall retain same for 60 days beyond the later of the time to appeal or conclusion of any appellate proceedings. The Court will retain its copy of the exhibits for the same time period after which the documents will be destroyed.

DATED this 18th day of November, 2010.

BY THE COURT:

_____

Marcia S. Krieger
United States District Judge